# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 10, 2019

## NO.  03-19-00038-CV

**Stacey Scott, Appellant**

**v.**

**City of New Braunfels, New Braunfels Police Department, Richard D. Hillyer, Wayne Peters, and Does 1 through 10, Inclusive, Appellees**

### APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on August 29, 2018.  Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal.  Therefore, the Court dismisses the appeal for want of jurisdiction.  Appellant shall pay all costs relating to this appeal, both in this Court and the court below.